```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA RAMIREZ,

                Plaintiff,

v.

YESHIVA TZOIN YOSEF PUPA INC.,

                Defendant.

No. 22-CV-0847 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On February 23, 2022, this Fair Labor Standards Act case was referred to mediation for settlement purposes. A mediation conference was held on May 12, 2022, and the parties' mediation status was due to the mediator's office by June 13, 2022. Since then, the Court has not received an update from the parties or the mediator's office regarding the status of this case. By July 18, 2022, the parties shall submit a joint letter updating the Court on settlement efforts.

SO ORDERED.

Dated:   July 11, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge