UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA RAMIREZ,

           Plaintiff,

    v.

YESHIVA TZOIN YOSEF PUPA INC.,

           Defendant.

No. 22-CV-847 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On December 8, 2022, the parties notified the Court that they had reached a settlement in this Fair Labor Standard Act case. On December 9, 2022, the Court ordered the parties to consent to all future proceedings before Magistrate Judge Aaron or to submit a joint letter setting forth why their settlement is fair and should be approved by no later than January 6, 2023. To date, the parties have not consented to proceeding before Judge Aaron or filed their joint letter.

    By no later than January 27, 2023, the parties shall respond to the Court's December 9, 2022 order.

SO ORDERED.

Dated:    January 17, 2023
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge